**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CIVIL CONFERENCE MINUTE ORDER**

BEFORE: STEVEN I. LOCKE
U.S. MAGISTRATE JUDGE

DATE: 10/20/26
TIME: 12:15 pm

CASE: **CV 25-2950(JMA) Veliz et al v. All Island Tree Service Corp. et al**
TYPE OF CONFERENCE: STATUS FTR: 12:17-12:25

APPEARANCES:
For Plaintiff: Victoria Spagnolo

For Defendant: Frank Brennan

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☒ Other: Oral argument held. Plaintiffs' motion to compel, DE [53], is granted. Defendant Zambrano is ORDERED to appear for her deposition on November 11, 2026 at 10:00am at Plaintiff's counsel's offices. Defendant Christian Flores is ORDERED to appear for his deposition on November 13, 2026 at 10:00a.m. at Plaintiffs' counsel's offices. Defendant Jhonathan Flores is ORDERED to appear for his deposition on November 17, 2026 at 10:00a.m. at Plaintiffs' counsel's offices. These dates and times may be moved ONLY with the consent of all counsel and the witness to be deposed, but MUST be completed no later than November 30, 2026. In the event any Defendant fails to appear for deposition, sanctions may be imposed, up to and including striking the answer as to the non-appearing Defendant(s).

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

12/3/26 at 10:45 am : Status conference

SO ORDERED

/s/Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge